UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KIMBERLY RENEE HOPKINS,

    Plaintiff,

        v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 14-cv-646-JPG-CJP

## MEMORANDUM AND ORDER

This matter comes before the Court for case management purposes. In a December 22, 2014, order (Doc. 5), Magistrate Judge Clifford J. Proud noted that plaintiff Kimberly Renee Hopkins had not served the defendant within 120 days after the filing of the complaint and granting of *in forma pauperis* status, as prescribed by Federal Rule of Civil Procedure 4(m). *See Donald v. Cook County Sheriff's Dept*., 95 F.3d 548, 557 n. 5 (7th Cir. 1996). Magistrate Judge Proud extended the time for service until January 12, 2015, and warned Hopkins that this case would be dismissed if she failed to take action to serve the defendant by then. There is no indication in the record that Hopkins took action to achieve service in time. Accordingly, as it warned it would do should Hopkins fail to take appropriate action, the Court **DISMISSES** this case **without prejudice** pursuant to Rule 4(m) and **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**
**DATED:   January 22, 2015**

                                        s/J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**